CV-21-468

Ahmed Ismail
Phillip Robinson (MDEA)       *Intial Complaint*
Officer Wrigley (Westbrook PD)

REC'D CUMB CLERKS OFC
DEC 22 '21 PM 3:52

On the evening of May 20, 2021 Wrigley, recieved a call from (SA) Phillip Robinson to pull over a car he wanted to investigate on a mere hunch without Reasonable Articulable Suspicion. Once illegal stop was initiated by officer Wrigley of Westbrook PD he deliberately delayed stop so Special Agent Phillip Robinson of MDEA to get on scene as they had conspired.
Once SA Robinson got on scene he ordered driver out of car then proceded to intorigate her (Dawn Ricci). S.A Robinson talked or intimidated driver, and suggeted to her he get me out of her car. S.A Robinson then forcibly pulled me out of car while I was already steppin out of car. he proceded to search me once search was complete he placed me in cuffs to go to jail. While I was already cuffed up to headed to police station for a more tharval search, he decided to start strip searching me in the middle of the Street, forcefully taking my pants of in middle of street and humiliating me unjustfully. He violated my Liberty by strp searching me in public without due prosess of Law. I'm Now suing him Phillip Robinson (MDEA) and officer Wrigley (Westbrook PD) for $5 million dollar's for taking my Liberty guranteed under US LAW.